| | |
|---|---|
| UNITED STATES FEDERAL DISTRICT COURT FOR THE DISTRICT OF COLORADO<br>901 19th Street, Denver, Colorado 80294 | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br>25 APR 23 AM 10:21 |
| Plaintiff:<br><br>JASON HAUBENREISER, *PRO SE*<br><br>v.<br><br>Defendants:<br><br>ABACUS CAPITAL GROUP, LLC<br>AMFP V CENTRAL PARK, LLC<br>MICHAEL SARNO<br>SAKO AND PARTNERS LOWER HOLDINGS, LLC<br>ASSET LIVING, LLC<br>MICHAEL S. MCGRATH<br>M. RYAN MCGRATH<br>SHANNA MARTINEZ | ▲COURT USE ONLY▲ |
| Party w/o Attorney:<br>Jason Haubenreiser *Pro Se*<br>1955 Ulster St. #452<br>Denver, CO 80220<br>Phone Number: 720-272-8457<br>E-mail: Jhauben@gmail.com | Case No.:<br>1:24-cv-02687-NYW-TPO<br><br>Division: |
| MOTION FOR LEAVE TO FILE AMENDED COMPLAINT | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Jason Haubenreiser, pro se, moves this Court for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and D.C.COLO.LCivR 15.1, and states as follows:

## CERTIFICATION OF CONFERRAL

Pursuant to D.C. COLO. LCivR 7.1(a), Plaintiff did confer with Defendants' counsel regarding this motion by phone and email. Defendants did not provide written consent to the proposed amendment. Therefore, Plaintiff respectfully requests the Court's leave to amend.

## INTRODUCTION

1. This motion seeks to file a properly amended complaint correcting procedural deficiencies identified by the Court, including the submission of a redlined version as required.
2. The amended complaint also incorporates new habitability violations, including severe heat and hot water outages, continued security issues, and unresolved health and safety code violations, further substantiating Plaintiff's claims to the present day April 22nd, 2025.

3. Plaintiff respectfully requests leave to amend to ensure that all relevant allegations and legal claims are properly pleaded before the Court.
4. Plaintiff further asserts the right to amend because Defendant Abacus' Motion to Dismiss operates as a response in lieu of an answer, thus triggering Plaintiff's right to amend under FRCP 15(a)(1)(B). The Court has the discretion to accept the amendment, moot the pending motion to dismiss, and allow Defendants to respond to the amended complaint.
5. Plaintiff also seeks to be joined with Ms. Johnson and Ms. Busby, or alternatively, requests that their related case (Case No. 25-CV-00219-RTG) be consolidated with the present action for judicial efficiency and to avoid duplicative litigation.

## LEGAL STANDARD

6. Under Federal Rule of Civil Procedure 15(a)(2), "the court should freely give leave [to amend] when justice so requires." See *Foman v. Davis*, 371 U.S. 178, 182 (1962).
7. Courts favor allowing amendments unless there is undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of the amendment. See *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993).
8. Here, the amendment is timely, in good faith, and necessary to correct procedural deficiencies while adding new factual developments.

## FACTUAL BASIS FOR AMENDMENT

9. Since the filing of the initial and amended complaints, new habitability violations have occurred, necessitating their inclusion:
   - January 20th, 2025 to February 3rd, 2025: Hot water and heating were completely nonfunctional, documented by Inspector Ochoa of the Denver Department of Public Health and Safety, resulting in violations being issued.
   - February 10th 2025: Heat failure recurred, leading to another complaint filed by Plaintiff Haubenreiser with Inspector Ochoa. The subsequent inspection confirmed additional violations.
   - Building security doors remain broken, posing continued safety risks. These violations have remained out of compliance for nearly a year despite multiple citations and enforcement actions from Denver authorities.
   - These ongoing violations demonstrate Defendants' pattern of negligence and failure to remedy serious health and safety risks, directly affecting Plaintiff's habitability claims.
   - Plaintiff does not have a working stove, for several months now, to the present day April 22nd, 2025.

## PROCEDURAL HISTORY

10. Plaintiff previously sought to amend the complaint, but the Court found procedural deficiencies in that filing, including the lack of a redlined version.
11. Plaintiff now seeks to properly file the amended complaint in full compliance with FRCP 15(a), local rules, and the Court's prior directives.
12. Given that Defendant Abacus Capital Group has moved to dismiss, Plaintiff requests that the Court allow amendment to ensure all allegations are properly before the Court before ruling on the motion to dismiss, especially given the fact that Defendants removed the original state focused complaint to federal court.

## ARGUMENT

13. The proposed amendment does not cause undue delay or prejudice to Defendants, as the case remains in early stages.
14. Allowing amendment will streamline the issues, ensuring that all relevant facts and claims are properly presented before this Court.
15. The amendment is not futile, as it strengthens Plaintiff's claims with new documented violations, ensuring the complaint aligns with evolving facts.
16. Additionally, consolidation of Plaintiff's case with Ms. Johnson and Ms. Busby (Case No. 25-CV-00219-RTG) would further judicial efficiency and allow all related claims to proceed in a coordinated manner.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant leave to file the Amended Complaint;
2. Accept the redlined version of the Amended Complaint in accordance with the Court's prior order;
3. Allow the Amended Complaint to supersede all prior complaints, ensuring full compliance with procedural requirements; and
4. Consider joining Plaintiff Haubenreiser to Ms. Johnson and Ms. Busby's case (Case No. 25-CV-00219-RTG) or consolidating their related action with this matter for judicial efficiency.

Respectfully submitted this 22nd day of April 2025.

Jason Haubenreiser, *Pro Se*
1955 Ulster St. #452
Denver, CO 80220
Phone: 720-272-8457
Email: jhauben@gmail.com

## CERTIFICATE OF SERVICE

I, Jason Haubenreiser, hereby certify that on 4/22/2025, a true and correct copy of this Motion for Leave to Amend Complaint was served upon the Defendants and other Plaintiffs via personal service through email and e-filing with the court.

VERIFICATION

I, Jason Haubenreiser, hereby state and allege that the foregoing statements are true and correct to the best of our individual knowledge and belief.

Dated: 4/22/2025

Signed:
Jason Haubenreiser
---

Issued by:
Jason. Haubenreiser, *Pro Se*
1955 Ulster St. #452
Denver, Colorado 80220
720-272-8457
Dated: 4/22/2025
Signed: Jason Haubenreiser

Issued to:
Matthew J. Weeber, Esq.
BAYER & CAREY, PC
1660 Downing Street
Denver, CO 80218
E-mail: mweeber@bayerlaw.com
Phone: 303-830-8911
www.bayerlaw.com

Robert R. Marsh
1999 Broadway, Suite 3225
Denver, CO 80202
(303) 377-7888
Email: rmarsh@jgllp.com

Michael G. Sarno
999 18th St., Suite 925N
Denver, CO, 80202
Phone: 720-379-1800
Email: Midwestacq@abacuscapitalgroup.com

Shanna Martinez
56303 E. 24th Pl.,
Strasburg, CO 80136
Phone: 303-802-0247

Daniel K. Miller
1950 Trenton Street #114,
Denver, CO 80220
Phone Number: 682-404-2412
E-mail: aar4ag@gmail.com

Sean M. Wilhour

1950 Trenton Street #114,
Denver, CO 80220
Phone Number: 817-266-2045
E-mail: Seanbear817@gmail.com