**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 25-cv-01281-NYW-TPO

JASON HAUBENREISER,

Plaintiff,

v.

ABACUS CAPITAL GROUP, LLC,
AMFP V CENTRAL PARK, LLC,
MICHAEL SARNO,
SAKO AND PARTNERS LOWER HOLDINGS, LLC,
ASSET LIVING, LLC
MICHAEL S. MCGRATH,
M. RYAN MCGRATH, and
SHANNA MARTINEZ,

Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the Court on the Recommendation and Order issued by the Honorable Timothy P. O'Hara on August 24, 2026. [Doc. 40]. Judge O'Hara recommends that (1) Defendants Sako and Partners Lower Holdings, LLC, Asset Living, LLC, Michael S. McGrath, M. Ryan McGrath, and Shanna Martinez's Motion to Dismiss (the "Motion to Dismiss"), [Doc. 23],[1] be granted, (2) Plaintiff's First Amended Complaint, [Doc. 21], be dismissed without prejudice, and (3) Plaintiff be granted leave of Court to file a Second

[1] Defendants AMFP V Central Park LLC and Michael Sarno filed a "Notice of Joinder in Motion to Dismiss" (the "Motion for Joinder"). [Doc. 38]. This Notice was filed as a Motion, so the Court referred the Motion for Joinder to Judge O'Hara, [Doc. 39], and Judge O'Hara granted it, *see* [Doc. 40 at 2]. Defendant Abacus Capital Group, LLC also filed a "Notice of Joinder in Motion to Dismiss." [Doc. 26].

Amended Complaint, *see* [Doc. 40 at 9].

The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the Parties. [*Id*. at 8 n.11]; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 24, 2026. *See* [Doc. 40]. No Party has objected to the Recommendation and the time to do so has elapsed.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[2] Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the law.

Accordingly, it is **ORDERED** that:

(1) The Recommendation and Order [Doc. 40] is **ADOPTED**;

(2) Defendants Sako and Partners Lower Holdings, LLC, Asset Living, LLC, Michael S. McGrath, M. Ryan McGrath, and Shanna Martinez's Motion to Dismiss [Doc. 23] is **GRANTED**;

---

[2] This standard of review is something less than a "clearly erroneous or . . . contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

(3) The claims in Plaintiff's First Amended Complaint [Doc. 21] are **DISMISSED without prejudice**;

(4) Plaintiff is **GRANTED** leave to file a Second Amended Complaint no later than **October 1, 2026**;

(5) **<u>Plaintiff is ADVISED to carefully review Judge O'Hara's admonitions about Plaintiff's First Amended Complaint, the requirements of Rule 8, and the requirements of Rule 11</u>**. *See* [Doc. 40 at 5–8];

(6) If Plaintiff does not file a Second Amended Complaint by **October 1, 2026**, the Court will direct the Clerk of Court to terminate this case without further notice to Plaintiff; and

(7) A copy of this Order shall be mailed to:

Jason Haubenreiser
600 Lafayette Street
Denver, CO 80218

DATED: September 17, 2026

BY THE COURT:

Nina Y. Wang
United States District Judge